UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

WALTER EDWARD KING, et al ) CASE NO. 15-07817

FILED 2015 JUN 24 PM 12: 08
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

JOINT MOTION FOR EXTENTION OF TIME AND

MOTION FOR ORDER GRANTING AUTOMATIC STAY

NOW COMES the Debtor(s), WALTER EDWARD KING, et al; as petitioner is unschooled in law and without counsel, he requires the indulgence of the Court and prays this Honorable Court allows petitioner's Request for Extension of Time to complete Creditor Counseling as well as petitioner's request for relief pursuant to 11 U.S. Code § 362 – "Automatic Stay", to wit:

1. Relief requested. The petitioner move(s) the court for an extension of time based on extenuating circumstances, petitioner requests thirty (30) days to compete creditor counseling; as the related bankruptcy petition is an emergency filing, petitioner had not an opportunity to complete creditor counseling etc., prior to filing the associated Chapter 13 petition.

2. Relief is further requested. The petitioner move(s) the court for an Order extending the automatic stay provisions of the U.S. bankruptcy code in this matter in order to enjoin and/or stop the unjust enrichment of the "creditor" named below pursuant to 11 U.S. Code § 362; "creditor" Cottonflower Goodyear Community Association, Inc ("CFHOA") is in possession of a judgment and intends to become unjustly enriched from selling the fraudulent lien against petitioner's property, as petitioner may suffer immediate and irreparable injury, loss and/or damage as a result of CFHOA continued actions, Petitioner requests an Order be issued by the Court to automatically stay all proceedings by creditor(s) until discharge of bankruptcy is final.

3. I, the Affiant/Petitioner believes that there is not any evidence that any fiction "creditor" involved herewith did or shall suffer any loss or injury as a result of petitioner's past, present or future actions, including but not exclusive to, the filing of bankruptcy in this instant matter; nor do I believe that the (fiction) creditor(s) will suffer any loss or injury should an automatic stay be granted by the Court, and I believe there is not any proof and evidence to the contrary, and I believe evidence and proof to the contrary does not exist.

WHEREFORE, pursuant to the foregoing, the Petitioner respectfully requests for this Honorable Court to:

    A. Issue an Immediate Automatic Stay Order pursuant to 11 U.S. Code § 362 ; and

    B. Grant Debtor an extension of 30 days time to complete credit counseling.

### VERIFICATION BY CERTIFICATION

Under penalties as provided by law pursuant to §1-109 of the Illinois Code of Civil Procedure, the undersigned certify that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

by: _____
King, Walter Edward, UCC 1-103.6, UCC 1-308,
UCC 1-301, UCC 1-103