MULCAHY LAW FIRM, P.C.
3001 E. CAMELBACK ROAD, SUITE 130
PHOENIX, ARIZONA 85016
(602) 241-1093 PHONE / (602) 264-4663 FAX
E-MAIL: BMULCAHY@MULCAHYLAW.NET

BETH MULCAHY #017005
CHARLENE CRUZ #026692
MAUREEN CONNOLLY #030194
ATTORNEYS FOR MOVANT

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>WALTER EDWARD KING.<br>Debtor.<br><br>COTTONFLOWER-GOODYEAR COMMUNITY ASSOCIATION INC.,<br><br>v.<br><br>WALTER EDWARD KING.<br>Respondent. | Case # 2:15-bk-07817-EPB<br><br>Chapter 13 Proceedings<br><br>**NOTICE OF BAR DATE FOR MOTION TO PROCEED WITH SALE AND CONFIRM ABSENCE OF STAY** |

**NOTICE IS GIVEN** that Cottonflower-Goodyear Community Association, Inc., through undersigned counsel, has filed a motion requesting an order validating sale and confirming the absence of the automatic stay pursuant to 11 U.S.C. §362.

**FURTHER NOTICE IS GIVEN** that pursuant to Local Bankruptcy Rule 4001-2(c), if no written objection is filed with the Court and a copy served on Movant, whose address is:

Mulcahy Law Firm, P.C.
Charlene Cruz, Esq.
3001. E. Camelback Road, Suite 130
Phoenix, Arizona 85016

**WITHIN FOURTEEN (14) DAYS** of service of the Motion and Notice of Motion, the Court may enter an Order confirming absence of the automatic stay without further hearing or proceeding. Movant's proposed form of Order is attached hereto as Exhibit A.

**DATED** this 26th day of June, 2015.

**MULCAHY LAW FIRM, P.C.**

/s/ Maureen Connolly /s/
_____
Beth Mulcahy
Charlene Cruz
Maureen Connolly
Attorneys for Cottonflower-Goodyear
Community Association

On 6/26/15, I served the foregoing documents described as **NOTICE OF BAR DATE FOR MOTION TO PROCEED WITH SALE AND CONFIRM ABSENCE OF STAY** on the following individuals by electronic means through the Court's ECF program:

RUSSELL BROWN
CHAPTER 13 TRUSTEE
SUITE 800
3838 NORTH CENTRAL AVENUE
PHOENIX, AZ 85012-1965

WALTER EDWARD KING
c/o 2267 S. 173rd DRIVE
GOODYEAR, AZ 85338

**I declare under penalty and perjury under the laws of the United States of America that the foregoing is true and correct.**

**MULCAHY LAW FIRM, P.C.**

/s/ Maureen Connolly /s/
_____

On 6/26/15, I served the foregoing documents described as **NOTICE OF BAR DATE FOR MOTION TO PROCEED WITH SALE AND CONFIRM ABSENCE OF STAY** on the following individuals by depositing true copies thereof in the United States mail at Phoenix, Arizona, enclosed in a sealed envelope, with postage paid addressed as follows:

RUSSELL BROWN
CHAPTER 13 TRUSTEE
SUITE 800
3838 NORTH CENTRAL AVENUE
PHOENIX, AZ 85012-1965

WALTER EDWARD KING
c/o 2267 S. 173rd DRIVE
GOODYEAR, AZ 85338

**I declare under penalty and perjury under the laws of the United States of America that the foregoing is true and correct.**

                                          **MULCAHY LAW FIRM, P.C.**

/s/ Maureen Connolly /s/
_____